# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

LUCIEN BERREY,                )

    Plaintiff,             )

vs.                          )    CV 96-PT-2119-E

CITY OF ANNISTON,        )

    Defendant.          )

FILED

97 APR -2 PM 12: 54

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 2 1997

## ADDENDUM TO MEMORANDUM OPINION

In its recent memorandum opinion, the court noted that plaintiff was a police officer and that his alleged comparator was a clerk. The court further calls attention to the following. At least two Eleventh Circuit cases have stated that "similarly situated" means "nearly identical." See Nix, supra, 738 F.2d at 1185 and Davin v. Delta Airlines, Inc., 678 F.2d 567, 570 (5th Circuit, Unit B 1982). See also Powell v. Postmaster General, 01911979, 3172/A2 (EEOC 1991). See also Lacy v. Sec. of Treas., 01930795, 3877/B13 (EEOC 1993). See also Gacutan v. Sec. of Army, 01911096, 3039/F3 (EEOC 1991). See also Payne v. Ill. Cent. R.R., 665 F.Supp. (W.D. Tenn. 1987).

This 2 day of April, 1997.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

25