UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LUCIEN BERREY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 96-PT-2119-E |
| CITY OF ANNISTON, | ) | |
| Defendant. | ) | |

**ADDENDUM**

The court has recently noted the case of <u>Boze v. Branstetter</u>, 912 F.2d 801 (5th Cir. 1990) with regard to an employee who resigned as opposed to completing a grievance process.

This 16 day of April, 1997.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE